Dismissed and Memorandum Opinion filed April 24, 2008








Dismissed
and Memorandum Opinion filed April 24, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00099-CV

____________

 

JENNIFER JONES,
Appellant

 

V.

 

AUTOMATED BUILDING SERVICES, Appellee

 



 

On Appeal from the 11th District
Court

 Harris County ,
Texas

Trial Court Cause No.
2004-65545

 



 

M E M O R
A N D U M  O P I N I O N

This
appeal is from a judgment signed November 11, 2007.  On April 18, 2007, the
parties filed an agreed motion to dismiss the appeal and the cross-appeal in
order to effectuate a compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed April
24, 2008.

Panel consists of Justices Frost, Seymore, and Guzman.